IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.   24-CR-63

TRENTON GRANT,

Defendant.

---

## ORDER

Upon the motion of the government for an order directing the defendant Trenton Grant to provide buccal swabs to Special Agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives, Drug Enforcement Administration, or other law enforcement officers, to be used for the purposes of extracting and comparing DNA, having found probable cause exists to support the taking of a buccal swab from Trenton Grant, and due deliberation having been had thereon, it is hereby

**ORDERED,** that the defendant Trenton Grant shall provide buccal swabs to Special Agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives, Drug Enforcement Administration or other law enforcement officers, to be used for the purpose of extracting and comparing DNA.

**ORDERED**, that, if after being warned, Defendant refuses to provide such swab, agents of the Bureau of Alcohol, Tobacco, Firearms, & Explosives, Drug Enforcement Administration, U.S. Marshals, or other law enforcements officers, are authorized to use reasonable force to effectuate the swabbing of the cheek by using a buccal swab, and authorizing agents taking the DNA swab that reasonable force is ordered by the Court.

DATED: Buffalo, New York, July 8, 2025.

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE